IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | :<br>: |
| Plaintiff, | :<br>: |
| v. | : Criminal Action No. 21-42-UNA<br>: |
| MICHAEL PROTACK, | :<br>: |
| Defendant. | :<br>: |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States of America, by and through its attorneys, David C. Weiss, United States Attorney for the District of Delaware, and Briana M. Knox, Assistant United States Attorney for the District of Delaware, and moves for the pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(d), (e) and (f). In support of the Motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves **(check all that apply)**:

    __X__ Crime of violence (18 U.S.C. § 3156)

    _____ Maximum sentence life imprisonment or death

    _____ 10+ year drug offense

    _____ Felony, with two prior convictions in above categories

    _____ Minor victim

    _____ Possession/use of firearm, destructive device, or other dangerous weapon

    _____ Failure to register under 18 U.S.C. § 2250

    __X__ Serious risk Defendant will flee

FILED
JUN 11 2021
US DISTRICT COURT
DISTRICT OF DELAWARE

_____ Serious risk obstruction of justice

2. **Reason For Detention**. The Court should detain Defendant because there are no conditions of release which will reasonably assure (**check one or both**):

    __X__ Defendant's appearance as required

    __X__ Safety of any other person and the community

3. **Rebuttable Presumption**. The United States **will not** invoke the rebuttable presumption against Defendant under § 3142(e). (If yes) The presumption applies because (**check one or both**):

    _____ Probable cause to believe Defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a specified offense (_____) with minor victim

    _____ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the Court conduct the detention hearing,

    _____ At first appearance

    __X__ After continuance of __3__ days (not more than 3).

5. **Temporary Detention**. The United States request the temporary detention of the Defendant under 18 U.S.C. Section 3142(d) for a period of _____ days (not more than 10) so that the appropriate officials can be notified since (**check A or B *and* C**):

A. At the time the offense was committed the Defendant was:

    _____ (1) on release pending trial for a felony;

_____ (2) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

_____ (3) on probation or parole for an offense.

B. _____ The Defendant is not a U.S. citizen or lawfully admitted permanent resident.

C. _____ The Defendant may flee or pose a danger to any other person or the community.

6. **Immigration Status**.

_____ The Defendant is not a citizen of the U.S. or lawfully admitted for permanent residence and is removable from the United States under _____(list applicable statutory section), and therefore is subject to arrest by an ICE officer should he/she be released from custody.

7. **Other Matters**.

_____

_____

DATED this 11th day of June, 2021.

        Respectfully submitted,

        DAVID C. WEISS
        UNITED STATES ATTORNEY

BY: _/s/ Briana Knox_____
     Briana M. Knox
     Assistant United States Attorney

3